IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JONATHAN HOBBS
#167191                                                                                    PLAINTIFF

v.                              No. 2:20-cv-77-DPM

PATRICIA SNYDER, Jail Administrator,
Arkansas County Jail; and TODD WRIGHT,
Sheriff, Arkansas County                                                        DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 8*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hobbs's amended complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 June 2020