IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JONATHAN HOBBS
#167191                                                                                  PLAINTIFF

v.                              No. 2:20-cv-77-DPM

PATRICIA SNYDER, Jail Administrator,
Arkansas County Jail; and TODD WRIGHT,
Sheriff, Arkansas County                                                    DEFENDANTS

## JUDGMENT

Hobbs's amended complaint is dismissed without prejudice.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2020